# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

WILLARD RUSSELL                                                    PLAINTIFF


v.                                    3:06CV00066 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                           DEFENDANT


## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS

CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff,

reversing the decision of the Commissioner, and remanding this case to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v.*

*Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of September, 2007.


_____
UNITED STATES MAGISTRATE JUDGE